UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL VICTORY,

    Plaintiff,

    v.

BOARD OF PAROLE HEARINGS, et al.,

    Defendants.

No. 2:16-cv-0997 WBS CKD P

ORDER

    Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

    Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

    Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Plaintiff commenced this action on May 11, 2016. The same day, he filed a "motion to stay complaint and hold in abeyance." (ECF Nos. 1 & 2.) On June 9, 2016, plaintiff requested that his motion to stay be vacated. (ECF No. 9.) That request will be granted.

Also on June 9, 2016, plaintiff filed a motion to amend, along with a proposed amended complaint. (ECF No. 8.) This motion will be granted, and the court will proceed to screen the amended complaint in a future order. See Fed. R. Civ. P. 15(a) (allowing party to amend pleading once as a matter of course); 28 U.S.C. § 1915A(a).

Plaintiff has also requested the appointment of counsel. (ECF No. 7.) The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to stay complaint (ECF No. 2) is vacated;

2. Plaintiff's request for appointment of counsel (ECF No. 7) is denied;

3. Plaintiff's motion to amend (ECF No. 8) is granted, and this action shall proceed on the amended complaint filed June 9, 2016;

4. Plaintiff's motion to vacate the motion to stay complaint (ECF No. 9) is granted;

5. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 5) is granted; and

////
////
////
////
////
////

      6. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

Dated: June 16, 2016

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/md; vict0997.ord