UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. VICTORY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF PAROLE HEARINGS, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0997 WBS CKD P<br><br><br>ORDER |

　　　Plaintiff has filed his third request for an extension of time to file objections to the November 4, 2016, findings and recommendations.  Good cause appearing, the request will be granted.  No further extensions of time will be granted.

　　　IT IS HEREBY ORDERED that:

　　　1. Plaintiff's request for an extension of time (ECF No. 19) is granted; and

　　　2. Plaintiff is granted sixty days from the date of this order in which to file his objections to the findings and recommendations.  No further extensions of time will be granted.

Dated: February 2, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/kly
vict0997.36sec